| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-10905 / MBK

Rafael Torres, Jr

Petition Filed Date: 01/20/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 05/27/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2021 | $725.00 | 74379430 | 03/08/2021 | $725.00 | 75111070 | 04/07/2021 | $725.00 | 75841770 |
| 05/06/2021 | $725.00 | 76537540 | 06/01/2021 | $725.00 | 77078130 | 06/28/2021 | $725.00 | 77662640 |
| 07/26/2021 | $725.00 | 78317310 | 08/23/2021 | $725.00 | 78975040 | 09/21/2021 | $725.00 | 79615300 |
| 10/19/2021 | $725.00 | 80243620 | 12/02/2021 | $725.00 | 81185620 | 01/24/2022 | $725.00 | 82290190 |

**Total Receipts for the Period: $8,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,044.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rafael Torres, Jr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. SICO<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERIDIAN TRAUMA ASSOCIATES | Unsecured Creditors | $788.00 | $0.00 | $788.00 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»»  2008 JEEP LIBERTY/DEF BAL | Unsecured Creditors | $2,302.64 | $0.00 | $2,302.64 |
| 3 | KING'S CREEK PLANTATION, LLC<br>»»  TIMESHARE MORTGAGE LOAN | Secured Creditors | $243.69 | $89.38 | $154.31 |
| 4 | KING'S CREEK PLANTATION, LLC | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 5 | KING'S CREEK PLANTATION, LLC<br>»»  TIMESHARE HOA FEES | Unsecured Creditors | $925.00 | $0.00 | $925.00 |
| 6 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2015 NISSAN QUEST/ORDER 4/16/2020 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2015 NISSAN QUEST/ORDER 4/16/2020 | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $5,528.23 | $0.00 | $5,528.23 |
| 9 | FREEDOM MORTGAGE CORPORATION<br>»»  P/202 ATLANTIS AVE/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $37,103.56 | $14,929.40 | $22,174.16 |
| 10 | -- | | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10905 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,044.12 | Plan Balance: | $26,000.00 ** |
| Paid to Claims: | $15,018.78 | Current Monthly Payment: | $725.00 |
| Paid to Trustee: | $1,352.58 | Arrearages: | $725.00 |
| Funds on Hand: | $672.76 | Total Plan Base: | $43,044.12 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.