| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-10905 / MBK**

Rafael Torres, Jr

Petition Filed Date: 01/20/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 05/27/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $725.00 | 82290190 | 02/22/2022 | $725.00 | 82890140 | 03/10/2022 | $725.00 | 83312190 |
| 04/18/2022 | $725.00 | 84007210 | 05/16/2022 | $725.00 | 84703900 | 06/14/2022 | $725.00 | 85274990 |
| 08/09/2022 | $725.00 | 86390290 | 09/06/2022 | $725.00 | 86911010 | 10/04/2022 | $725.00 | 87446760 |
| 11/03/2022 | $725.00 | 88057740 | 11/15/2022 | $725.00 | 88266680 | 12/05/2022 | $725.00 | 88665080 |
| 12/29/2022 | $725.00 | 89044410 | 01/23/2023 | $725.00 | 89551830 | 02/08/2023 | $725.00 | 89865990 |
| 03/06/2023 | $725.00 | 90403260 | | | | | | |

**Total Receipts for the Period:  $11,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,919.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rafael Torres, Jr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. SICO<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERIDIAN TRAUMA ASSOCIATES | Unsecured Creditors | $788.00 | $0.00 | $788.00 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 2008 JEEP LIBERTY/DEF BAL | Unsecured Creditors | $2,302.64 | $0.00 | $2,302.64 |
| 3 | KING'S CREEK PLANTATION, LLC<br>»» TIMESHARE MORTGAGE LOAN | Secured Creditors | $243.69 | $150.24 | $93.45 |
| 4 | KING'S CREEK PLANTATION, LLC | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 5 | KING'S CREEK PLANTATION, LLC<br>»» TIMESHARE HOA FEES | Unsecured Creditors | $925.00 | $0.00 | $925.00 |
| 6 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2015 NISSAN QUEST/ORDER 4/16/2020 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2015 NISSAN QUEST/ORDER 4/16/2020 | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $5,528.23 | $0.00 | $5,528.23 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»» P/202 ATLANTIS AVE/1ST MTG/HOMEBRIDGE/FREEDOM | Mortgage Arrears | $37,103.56 | $24,218.02 | $12,885.54 |
| 10 | -- | | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-10905 / MBK

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $27,919.12 | Plan Balance: | $15,125.00 ** |
| Paid to Claims: | $24,368.26 | Current Monthly Payment: | $725.00 |
| Paid to Trustee: | $2,196.48 | Arrearages: | ($725.00) |
| Funds on Hand: | $1,354.38 | Total Plan Base: | $43,044.12 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.