FILED
JEANNE A. NAUGHTON, CLERK

JUN -9 2025

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Rafael Torres, Jr. | Case No.: 20-10905-MBK<br>Chapter: 13<br>Judge: KAPLAN |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, RAFAEL TORRES, JR._____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full. RT 6/4/2025

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6/4/2025

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

Torres Jr
Roberts Ave
Rawlin, NJ 08050
20-10905/MBK

9589 0710 5270 2974 9547 99

United States Bankruptcy Court
Attn: Clerk of the Court
402 East State St.
Trenton, NJ 08608

RDC 99



08608
$6.62
JUN 05, 2025
S2324M502238-4