UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

IN RE: RAFAEL TORRES, JR.                                       BK No. 20-10905-MBK

Debtor(s)                                                       Chapter 13

---

### DEBTOR(S) OBJECTION TO TRUSTEE'S MOTION TO DISMISS

NOW COMES THE DEBTOR(S) and hereby objects to the Trustee's Motion to Dismiss. As grounds for this objection, Debtor avers that ALL PLAN PAYMENTS WERE SUBMITTED LAST PLAN PAYMENT OF 759.99 ON THE 27TH $^{OF}$ MAY 2025 VIA the Russo PREFERRED ONLINE PAYMENT PORTAL TFS AND REQUESTS TRUSTEE ALBERT RUSSO TO WITHDRAW THE MOTION TO DISMISS.

ATTACHED HERE TO IS PROOF OF PAYMENT SUBMISSION BOTH FROM THE SUPPORTING BANKING INSTITUTION "CHASE BANK" Appendix A AND ALSO THE TFS BILL PAYMENT PORTAL Appendix B AS WELL I HAVE ATTACHED THE CERTIFICATION IN SUPPORT OF DISCHARGED SIGNED THE 4TH OF JUNE 2025 Appendix C.

RAFAEL TORRES, JR.                      N/A
Debtor                                   Joint Debtor

JUNE 5TH 2025

**FILED**
JEANNE A. NAUGHTON, CLERK

JUN - 9 2025

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

### CERTIFICATION

I hereby certify that a copy of the within Objection was mailed to case Trustee and on the 5TH day of JUNE.

_____
Rafael Torres Jr.
(Signature)

6/4/2025
(Date)



Dashboard          Welcome, Rafael Torres ▾     Language ▾

## All Transactions

**Name**  
Rafael Torres

**Address**  
202 Atlantis Avenue, Manahawkin, NJ, 08050

**Completed Transactions**  
2

**Paid via TFS**  
$1,475.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| May 27, 2025 | Automatic Payment | 20-10905 | June 02, 2025 | June 03, 2025 | 18754081 | $750.00 | Complete |
| March 31, 2025 | Monthly Plan Payment | 20-10905 | | | 18322754 | $725.00 | Failed |
| March 05, 2025 | Monthly Plan Payment | 20-10905 | March 11, 2025 | March 12, 2025 | 18141130 | $725.00 | Complete |

# CHASE ◯

Printed from Chase Personal Online

## Transaction details

**TOTAL CHECKING (...5375)**

**-$759.99**
ACH debit

May 28, 2025
Transaction date

May 28, 2025
Posted date

TFS 888-729-2413 TFS PAY PPD ID: 7342065079

Description    TFS 888-729-2413 TFS PAY PPD ID: 7342065079

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC        ©2025 JPMorgan Chase & Co        Equal Opportunity Lender