UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN J. SICO, ESQ.
235 MAIN STREET
WOODBRIDGE, NJ 07095
O 732 636 2660
X 732 791 1438
SJS@STEVENSICO.COM

Case No.: 20-10905-MBK

Chapter: 13

In Re:
RAFAEL TORRES, JF

Adv. No.:

Hearing Date: 6/25/2025

Judge: KAPLAN

## CERTIFICATION OF SERVICE

1. I, __STEVEN J. SICO, ESQ.__ :

   ☒ represent __withdrawing attorney for debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __6/16/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   MOTION PAPERS to Be Relieved as counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __6/17/2025__

Signature: SJ Sico, Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RAFAEL TORRES, JR<br>202 ATLANTIS AVENUE<br>MANAHAWKIN, NJ 08050 | FORMER CLIENT AND DEBTOR IN CASE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CLERK OF THE UNITED STATES BANKRUPTCY COURT<br>TRENTON | CLERK OF COURT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ALFRED RUSSO<br>CHAPTER 13 TRUSTEE | CHAPTER 13 TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |