**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**STEVEN J. SICO, ESQ.**
**235 MAIN STREET**
**WOODBRIDGE, NJ 07095**
**WITHDRAWING**
**ATTORNEY FOR DEBTOR**

In Re:

RAFAEL TORRES, JR.

Case No.: 20-10905-MBK

Chapter 7

Judge: MICHAEL B. KAPLAN

**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD**

1. The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: July 16, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

6

Order Page 2 of 2

The relief set forth herein is hereby ORDERED:

2. Upon Motion of Steven J. Sico, he hereby is relieved as counsel to the Debtor, GRANTED;

3. The Clerk of the Court is to record the signed substation of attorney provided as part of this application on the docket for this matter.

The movant shall serve this Order upon all counsel of record, via ECF and via regular mail within seven (7) days of entry of this Order.

: