UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEVEN J. SICO, ESQ.
235 MAIN STREET
WOODBRIDGE, NJ 07095
WITHDRAWING
ATTORNEY FOR DEBTOR

In Re:

RAFAEL TORRES, JR.

Case No.: 20-10905-MBK

Chapter 7

Judge: MICHAEL B. KAPLAN

### ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD

1. The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: July 16, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

6

Order Page 2 of 2

The relief set forth herein is hereby ORDERED:

2. Upon Motion of Steven J. Sico, he hereby is relieved as counsel to the Debtor, GRANTED;

3. The Clerk of the Court is to record the signed substation of attorney provided as part of this application on the docket for this matter.

The movant shall serve this Order upon all counsel of record, via ECF and via regular mail within seven (7) days of entry of this Order.

:

United States Bankruptcy Court
District of New Jersey

In re:  
Rafael Torres, Jr  
    Debtor  

Case No. 20-10905-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 17, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rafael Torres, Jr, 202 Atlantis Avenue, Manahawkin, NJ 08050-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Charles G. Wohlrab  
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon  
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart  
    on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Jonathan C. Schwalb  
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

        individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Steven J Sico

        on behalf of Debtor Rafael Torres  Jr Steve@sico.law, stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

        on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com

William M.E. Powers

        on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com

William M.E. Powers, III

        on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com

TOTAL: 12