**Information to identify the case:**

Debtor 1: Rafael Torres Jr
First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–4762
EIN   __–_____

Debtor 2
(Spouse, if filing)
First Name   Middle Name   Last Name

Social Security number or ITIN   ____
EIN   __–_____

United States Bankruptcy Court   District of New Jersey

Case number:   20–10905–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Rafael Torres Jr
  aka Rafael Torres

12/17/25

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-10905-MBK

Rafael Torres, Jr     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Torres, Jr, 202 Atlantis Avenue, Manahawkin, NJ 08050-1910 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518669162 | | Citicards CBNA, ATTN: IBS CDV Disputes, 71 E 60th Street, N., Sioux Falls, SD 57104 |
| 518669163 | + | Homebridge, PO Box 77404, Trenton, NJ 08628-6404 |
| 518669165 | + | KML Law Group, P.C., ATTN: Nicholas J Zabala, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518711595 | + | Kings Creek Plantation LLC, 191 Cottage Cove Lane, Williamsburg, VA 23185-5811 |
| 518669166 | + | Meridan Trauma Associates, 1945 State Route 33, Neptune, NJ 07753-4859 |
| 518698335 | + | Meridian Truama Associates, Simons Agency Inc, POB 5026, Syracuse, NY 13220-5026 |
| 518669167 | + | NJ Natural Gas Co, PO Box 11743, Newark, NJ 07101-4743 |
| 518669171 | + | TBO/TFC, 960 South Bishop Aenue, Rolla, MO 65401-4415 |
| 520067358 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |
| 518669172 | + | United Teletech Fed Credit, 205 Hance Avenue, Tinton Falls, NJ 07724-2764 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 17 2025 20:42:55 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 518669155 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 17 2025 20:50:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518669156 | | EDI: BANKAMER | Dec 18 2025 01:37:00 | Bank of America, ATTN: DE5-019-03-07, 4060 Ogletown/Staton Road, Newark, DE 19714 |
| 518669157 | + | EDI: BANKAMER | Dec 18 2025 01:37:00 | Bank of America, N.A., PO Box 45144, Jacksonville, FL 32232-5144 |
| 518669158 | + | EDI: TSYS2 | Dec 18 2025 01:37:00 | Barclays Bank Delaware, ATTN: Credit Bureau, PO Box 8803, Wilmington, DE 19899-8803 |
| 518669161 | | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 518669159 | + | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518669160 | + | EDI: CAPONEAUTO.COM | Dec 18 2025 01:37:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 518677844 | + | EDI: AISACG.COM | Dec 18 2025 01:37:00 | Capital One Auto Finance, a division of, AIS |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518699207 | + | EDI: AISACG.COM | Dec 18 2025 01:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519169663 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 17 2025 20:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519169664 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 17 2025 20:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518779119 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 17 2025 20:50:00 | HomeBridge Financial Services, Inc, c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518831536 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:55:09 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518669164 | + | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518669168 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | Nissan Acceptance Corp, PO Box 660360, Dallas, TX 75266-0360 |
| 518741010 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518770348 | | EDI: PRA.COM | Dec 18 2025 01:37:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519582699 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2025 20:50:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 519582698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2025 20:50:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 518669169 | + | Email/Text: clientservices@simonsagency.com | Dec 17 2025 21:00:00 | Simons Agency, Inc., 3713 Brewerton Road, Suite 1, Syracuse NY 13212-3843 |
| 518669170 | + | Email/Text: collector@staffordnj.gov | Dec 17 2025 21:00:34 | Stafford Township, 260 East Bay Avenue, Manahawkin, NJ 08050-3329 |
| 520067359 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 17 2025 20:50:00 | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261, U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261-9096 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 37

Date: Dec 19, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor HomeBridge Financial Services  Inc. ecf@powerskirn.com |

TOTAL: 12